INTAKE COPY

# FILING FEE RECEIPT COPY

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500038124
Cashier ID: fsweeney
Transaction Date: 02/02/2017
Payer Name: SHAWN E. ASHLEY
--------------------------------
CIVIL FILING FEE
 For: SHAWN E. ASHLEY
 Amount:         $400.00
--------------------------------
PAPER CHECK
 Check/Money Order Num: 6098
 Amt Tendered:   $400.00
--------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

FILING FEE FOR CASE 5:17-CV-76, DOE
V. CITY OF SAN ANTONIO
```